392 Pa. 419 (1958)
Harnish, Appellant,
v.
Shannon.
Supreme Court of Pennsylvania.
Argued March 19, 1958.
April 21, 1958.
*420 Before JONES, C.J., BELL, CHIDSEY, MUSMANNO, JONES and COHEN, JJ.
Carl A. Belin, with him Dan P. Arnold, Reiley & Reiley, and Chaplin & Arnold, for appellants.
Frank J. Gaffney, with him Thorp, Reed & Armstrong, for appellees.
*421 OPINION PER CURIAM, April 21, 1958:
Judgment affirmed on the opinion of President Judge RICHARD G. SNYDER reported in 12 Pa. D. & C. 2d 54.